UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jay D. Sample,

           Plaintiff,        CASE NUMBER: 14-12747
                               HONORABLE VICTORIA A. ROBERTS
                               MAGISTRATE JUDGE MORRISON

v.

Commissioner of Social Security,

           Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On October 23, 2015, Magistrate Judge Morrison issued a Report and Recommendation [Doc. 23], recommending that Defendant's Motion for Summary Judgment [Doc. 21] be GRANTED and Plaintiff's Motion for Summary Judgment [Doc. 18] be DENIED. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation.

Defendant's motion is **GRANTED** and Plaintiff's motion is **DENIED**. Judgment will enter in favor of Defendant.

      **IT IS ORDERED**.

                                             /s/ Victoria A. Roberts
                                             Victoria A. Roberts
                                             United States District Judge

Dated: November 24, 2015

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on November 24, 2015.

S/Linda Vertriest
Deputy Clerk